RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
KATE BERRY
Assistant Federal Public Defender
Nevada State Bar No. 14346
201 W. Liberty Street, Ste. 102
Reno, Nevada 89501
(775) 321-8451/Phone
(702) 388-6261/Fax
Kate_Berry@fd.org

Attorney for JOE LUNA-PUENTES



# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOE LUNA-PUENTES,<br><br>Defendant. | Case No. 3:21-cr-00017-MMD-CLB<br><br>**ORDER ON STIPULATION TO CONTINUE INITIAL APPEARANCE ON REVOCATION PROCEEDINGS (FIRST REQUEST)** |

IT IS HEREBY STIPULATED AND AGREED by and through RENE L. VALLADARES, Federal Public Defender and KATE BERRY, Assistant Federal Public Defender, counsel for JOE LUNA-PUENTES and CHRISTOPHER CHIOU, Acting United States Attorney, and PENELOPE BRADY, Assistant United States Attorney, counsel for the UNITED STATES OF AMERICA, that the Initial Appearance on Revocation Proceedings set for October 19, 2021, at 3:00 PM, be vacated and continued to November 15, 2021, at 3:00 PM.

//

//

This Stipulation is entered into for the following reasons:

1. Undersigned counsel request that this matter be continued to allow the parties to continue negotiations toward a resolution of this matter.

2. Failure to grant this extension of time would deprive the defendant continuity of counsel and the effective assistance of counsel.

3. Mr. Luna-Puentes is currently on bond.

4. The parties agree to the continuance.

5. This is the first request for a continuance.

DATED this 24th day of September, 2021.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| By */s/ Kate Berry*<br>KATE BERRY<br>Assistant Federal Public Defender<br>Counsel for JOE LUNA-PUENTES | By */s/ Penelope Brady*<br>PENELOPE BRADY<br>Assistant United States Attorney<br>Counsel for the Government |

## ORDER

Based on the Stipulation of counsel, and good cause appearing,

**IT IS THEREFORE ORDERED** that the Revocation Hearing currently set for October 19, 2021, at 3:00 PM, be vacated and continued to November 15, 2021, at 3:00 PM.

DATED this __27th__ day of September, 2021.

_____
UNITED STATES MAGISTRATE JUDGE