1

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

2

3  UNITED STATES OF AMERICA,                    3:21-cr-00017-MMD-CLB

4                      Plaintiff,               **Preliminary Order of Forfeiture**

5          v.

6  JOE LUNA-PUENTES,

7                      Defendant.

8          This Court finds Joe Luna-Puentes pled guilty to Counts One and Two of a two-

9  count Criminal Indictment charging him in Count One with Theft or Embezzlement in

10  Connection with Health Care in violation of Title 18 United States Code section 669 and in

11  Count Two with Felon in Possession of a Firearm in violation of 18 U.S.C. § 922(g)(1).

12  Criminal Indictment, ECF No. 18; Change of Plea, ECF No. 44.

13          This Court finds Joe Luna-Puentes agreed to the forfeiture of the property set forth in

14  the Forfeiture Allegation of the Criminal Indictment. Criminal Indictment, ECF No. 18;

15  Change of Plea, ECF No.  44

16          This Court finds, pursuant to Federal Rules of Criminal Procedure 32.2(b)(1) and

17  (b)(2), the United States of America has shown the requisite nexus between property set

18  forth in the Forfeiture Allegation of the Criminal Indictment and Count Two, to which Joe

19  Luna-Puentes pled guilty.

20          The following property is any firearm or ammunition involved in or used in any

21  knowing violation of 18 U.S.C. § 922(g)(1) and is subject to forfeiture pursuant to 18 U.S.C.

22  § 924(d)(1) with 28 U.S.C. § 2461(c):

23                  1.  an INTRATEC TEC-DC9 pistol, serial number 0050715; and

24                  2.  any and all compatible ammunition

25  (all of which constitutes property).

26          This Court finds that on the government's motion, the Court may at any time enter

27  an order of forfeiture or amend an existing order of forfeiture to include subsequently

28

located property or substitute property pursuant to Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all possessory rights, ownership rights, and all rights, titles, and interests of Joe Luna-Puentes in the aforementioned property are forfeited and are vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and 21 U.S.C. § 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any individual or entity who claims an interest in the aforementioned property must file a petition for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, which petition shall be signed by the petitioner under penalty of perjury pursuant to 21 U.S.C. § 853(n)(3) and 28 U.S.C. § 1746, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property and any additional facts supporting the petitioner's petition and the relief sought.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, Bruce R. Thompson U.S. Courthouse and Federal Building, 400 South Virginia Street, 3rd Floor, Reno, Nevada 89501, no later than thirty (30) days after the notice is sent or, if direct notice was not sent, no later than sixty (60) days

after the first day of the publication on the official internet government forfeiture site, www.forfeiture.gov.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

> Daniel D. Hollingsworth
> Assistant United States Attorney
> James A. Blum
> Assistant United States Attorney
> 501 Las Vegas Boulevard South, Suite 1100
> Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency following publication of notice of seizure and intent to administratively forfeit the above-described property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record.

DATED   January 5            , 2022.


HON. MIRANDA M. DU
CHIEF JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA